1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7  DERRECK SUNDERLAND,                    )     1:06-CV-00999 LJO JMD HC
                                          )
8              Petitioner,                )     ORDER GRANTING PETITIONER'S
                                          )     APPLICATION TO PROCEED IN FORMA
9       v.                                )     PAUPERIS ON APPEAL
                                          )
10  KATHY MENDOZA-POWERS,                 )
                                          )
11             Respondent.                )
                                          )
12  _____     )

13       Petitioner is a state prisoner proceeding pro se with an appeal of the denial, by the United

14  States District Court, of his petition for writ of habeas corpus to the Ninth Circuit Court of Appeals

15       On January 22, 2009, the District Court adopted the Magistrate Judge's recommendation and

16  denied the petition for writ of habeas corpus.  On February 23, 2009, Petitioner filed a notice of

17  appeal to the Ninth Circuit Court of Appeals.  Petitioner additionally filed a request for the District

18  Court issue a Certificate of Appealability and an application to proceed in forma pauperis on appeal.

19       Examination of the documents reveals that Petitioner is unable to afford the costs of the

20  appeal.  *See* Rule 24(a)(1), Federal Rules of Appellate Procedure; 28 U.S.C. § 1915.

21       Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.
    Additionally, as the instant petition challenged the denial of parole a Certificate of Appealability is
22  not required to proceed before the Ninth Circuit.  *See* Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th
    Cir. 2005); White v. Lambert, 370 F.3d 1002, 1010-13 (9th Cir. 2004).IT IS SO ORDERED.
23

**Dated:    February 26, 2009**            _____/s/ Lawrence J. O'Neill_____
24                                              UNITED STATES DISTRICT JUDGE
25
26
27
28